# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: RICHARDS, CHRISTOPHER J | § Case No. 11-36245 |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 03, 2011. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          20,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 5,908.21 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 100.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 4,067.48 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]    $ | 9,924.31 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/27/2012 and the deadline for filing governmental claims was 03/01/2012.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,343.25.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,343.25, for a total compensation of $2,343.25.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/04/2012          By: /s/ALEX D. MOGLIA
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-36245  
**Case Name:** RICHARDS, CHRISTOPHER J  

**Period Ending:** 09/04/12

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 09/03/11 (f)  
**§341(a) Meeting Date:** 10/04/11  
**Claims Bar Date:** 04/27/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 2374 N. Big Oak Road, Palatine, IL 60074 1178 sq  Orig. Asset Memo: Imported from original petition Doc# 1 | 205,700.00 | 0.00 | DA | 0.00 | FA |
| 2 | CASH ON HAND  Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 3 | Wauconda Community Bank, 495 West Liberty Street  Orig. Asset Memo: Imported from original petition Doc# 1 | 868.20 | 0.00 | DA | 0.00 | FA |
| 4 | INTERESTS IN INSURANCE POLICIES  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,102.32 | 0.00 | DA | 0.00 | FA |
| 5 | SECURITY DEPOSITS  Orig. Asset Memo: Imported from original petition Doc# 1 | 60.00 | 60.00 | DA | 0.00 | FA |
| 6 | HOUSEHOLD GOODS AND FURNISHINGS  Orig. Asset Memo: Imported from original petition Doc# 1 | 310.00 | 0.00 | DA | 0.00 | FA |
| 7 | WEARING APPAREL AND JEWELRY  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Automobile Liability Ins Policy, no cash value  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Disclaimed interest in mother's estate  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2008 Ford F250 4D Crew Cab Lariat Location: 7219  Orig. Asset Memo: Imported from original petition Doc# 1 | 22,000.00 | 12,235.40 | | 20,000.00 | FA |
| 11 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT  Orig. Asset Memo: Imported from original petition Doc# 1 | 750.00 | 0.00 | DA | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-36245  
**Case Name:** RICHARDS, CHRISTOPHER J  

**Period Ending:** 09/04/12

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 09/03/11 (f)  
**§341(a) Meeting Date:** 10/04/11  
**Claims Bar Date:** 04/27/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | A cat named Octoed-Pussy Location: 7219 W. Myrtl Orig. Asset Memo: Imported from original petition Doc# 1 | 1.00 | 0.00 | DA | 0.00 | FA |
| 12 | **Assets Totals** (Excluding unknown values) | **$231,341.52** | **$12,295.40** | | **$20,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** June 30, 2012        **Current Projected Date Of Final Report (TFR):** June 30, 2012

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-36245 | | Trustee: | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| Case Name: | RICHARDS, CHRISTOPHER J | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******16-65 - Checking Account |
| Taxpayer ID #: | **-***2531 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/04/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/12 | | Carmax, Inc | Net proceeds of Ford 250 truck | | 14,091.79 | | 14,091.79 |
| | {10} | | gross proceeds from sell    20,000.00<br>of Ford 250 | 1129-000 | | | 14,091.79 |
| | | Ford Motor Company | Ref # XXXX2146           -5,908.21 | 4210-000 | | | 14,091.79 |
| 04/18/12 | 1001 | Christopher J. Richards | Distribution on debtor's exemption on 2008<br>Ford F250 truck per court order of 2/23/12 | 8100-002 | | 4,067.48 | 10,024.31 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,999.31 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,974.31 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,949.31 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,924.31 |
| | | | ACCOUNT TOTALS | | 14,091.79 | 4,167.48 | $9,924.31 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 14,091.79 | 4,167.48 | |
| | | | Less: Payments to Debtors | | | 4,067.48 | |
| | | | NET Receipts / Disbursements | | $14,091.79 | $100.00 | |

{} Asset reference(s)                                                                                                                Printed: 09/04/2012 02:35 PM    V.13.03

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 11-36245 | | **Trustee:** | ALEX D. MOGLIA (330260) |
| **Case Name:** | RICHARDS, CHRISTOPHER J | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******16-67 - Money Market Account |
| **Taxpayer ID #:** | **-***2531 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 09/04/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******16-65** | 14,091.79 | 100.00 | 9,924.31 |
| **MMA # 9200-******16-67** | 0.00 | 0.00 | 0.00 |
| | $14,091.79 | $100.00 | $9,924.31 |

{} Asset reference(s)

Printed: 09/04/2012 02:35 PM   V.13.03

# Claims Register

## Case: 11-36245   RICHARDS, CHRISTOPHER J

Claims Bar Date: 04/27/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | ALEX D. MOGLIA<br>1325 REMINGTON RD.STE. H<br>SCHAUMBURG, IL 60173<br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7<br>09/03/11 | | $2,343.25<br>$2,343.25 | $0.00 | $2,343.25 |
| | SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC<br>WHEATON EXECUTIVE CENTER<br>400 S. COUNTY FARM ROAD - SUITE 330<br>WHEATON, IL 60187<br><3210-00 Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>09/03/11 | | $5,475.00<br>$5,475.00 | $0.00 | $5,475.00 |
| A | Ford Motor Company<br>PO Box 54200<br>Omaha, NE 68154-8000<br><4210-00 Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>, 100 | Secured<br>09/03/11 | XXXX2146<br>--------------------------------------------------<br>10/11/2011 11:14:07 AM Schedule D Amount $5,697.12 imported by GARY<br>Schedule D Owner Type:<br>Schedule D Description:<br>July 2007<br>Car Loan<br>2008 Ford F250 4D Crew Cab Lariat<br>Location: 7219 W. Myrtle, Chicago IL 60631-1943<br>- Valuation based on Carmax Offer dated 7/22/11<br>Value $ 22000 | $0.00<br>$5,908.21 | $5,908.21 | $0.00 |
| 1 | Nicor Gas<br>Po box 549<br>Aurora, IL 60507<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/13/12 | | $355.07<br>$355.07 | $0.00 | $355.07 |
| 2 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/17/12 | | $29,978.66<br>$29,978.66 | $0.00 | $29,978.66 |
| 3 | Advantage Assets II, Inc.<br>7322 Southwest Fwy<br>Suite 1600<br>Houston, TX 77074<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/23/12 | | $6,221.09<br>$6,221.09 | $0.00 | $6,221.09 |

# Claims Register

## Case: 11-36245   RICHARDS, CHRISTOPHER J

Claims Bar Date: 04/27/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/24/12 | | $21,083.89<br>$21,083.89 | $0.00 | $21,083.89 |
| | | | **Case Total:** | | **$5,908.21** | **$65,456.96** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-36245
Case Name: RICHARDS, CHRISTOPHER J
Trustee Name: ALEX D. MOGLIA

**Balance on hand:** $ 9,924.31

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 9,924.31

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ALEX D. MOGLIA | 2,343.25 | 0.00 | 2,343.25 |
| Attorney for Trustee, Fees - SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 5,475.00 | 0.00 | 5,475.00 |

Total to be paid for chapter 7 administration expenses: $ 7,818.25
Remaining balance: $ 2,106.06

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,106.06

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 2,106.06 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 57,638.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nicor Gas | 355.07 | 0.00 | 12.98 |
| 2 | FIA CARD SERVICES, N.A. | 29,978.66 | 0.00 | 1,095.39 |
| 3 | Advantage Assets II, Inc. | 6,221.09 | 0.00 | 227.31 |
| 4 | Discover Bank | 21,083.89 | 0.00 | 770.38 |

| | Total to be paid for timely general unsecured claims: | $ | 2,106.06 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$**        0.00
Remaining balance:                      $        0.00

**UST Form 101-7-TFR (05/1/2011)**