**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: RICHARDS, CHRISTOPHER J    § Case No. 11-36245
                                  §
                                  §
Debtor(s)                         §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that ALEX D. MOGLIA, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street, Room 873
Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within  20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within  20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 10/10/2012 in Courtroom 742, United States Courthouse,
219 S. Dearborn Street
Chicago, IL  60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  09/04/2012             By:  /s/ALEX D. MOGLIA
                                                                                Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173
(847) 884-8282

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: RICHARDS, CHRISTOPHER J            § Case No. 11-36245
                                          §
                                          §
Debtor(s)                                 §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 20,000.00 |
| *and approved disbursements of* | $ 10,075.69 |
| *leaving a balance on hand of* [1] | $ 9,924.31 |
| **Balance on hand:** | $ 9,924.31 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

|  |  |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,924.31 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ALEX D. MOGLIA | 2,343.25 | 0.00 | 2,343.25 |
| Attorney for Trustee, Fees - SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 5,475.00 | 0.00 | 5,475.00 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 7,818.25 |
| Remaining balance: | $ 2,106.06 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 2,106.06 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 2,106.06 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 57,638.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nicor Gas | 355.07 | 0.00 | 12.98 |
| 2 | FIA CARD SERVICES, N.A. | 29,978.66 | 0.00 | 1,095.39 |
| 3 | Advantage Assets II, Inc. | 6,221.09 | 0.00 | 227.31 |
| 4 | Discover Bank | 21,083.89 | 0.00 | 770.38 |

| | Total to be paid for timely general unsecured claims: | $ | 2,106.06 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ALEX D. MOGLIA
Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173
(847) 884-8282

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 11-36245-CAD
Christopher J Richards Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: csimmons      Page 1 of 2      Date Rcvd: Sep 05, 2012
                         Form ID: pdf006      Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2012.
```
db           #+Christopher J Richards,    7219 W. Myrtle,    Chicago, IL 60631-1943
17760159     +Advantage Assets II, Inc.,    7322 Southwest Fwy,    Suite 1600,    Houston, TX 77074-2053
17760160      BAC Home Loans Services,    450 American Street,    Simi Valley, CA 93065-6285
17760161      Bank of America,    P.O. Box 15726,    Wilmington, DE 19886-5726
17760162      Citibank S.D. NA,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
17760163      Crisstella A. Richards,    7219 W. Myrtle Avenue,    Chicago, IL 60631-1943
18500625      FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
17760165      FMC-Omaha Serv ice Center,    PO Box 542000,    Omaha, NE 68154-8000
17760166      Ford Motor Company,    PO Box 54200,    Omaha, NE 68154-8000
17760168     +J.S. Paluch Co., Inc.,    P.O. Box 2703,    Schiller Park, IL 60176-0703
17760169     +LC System, Inc.,    444 Highway 96,    Saint Paul, MN 55127-2557
17760170     +LTD Financial Services, L.P.,    7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2053
17760171     #+Mary Showalter,    420 Ann,    Cary, IL 60013-1616
17760174      PNCBank,    P.O. Box 856177,    Pittsburgh, PA 15230
17760173     +Pierce & Associates,    1 North Dearborn,    Thirteenth Floor,    Chicago, IL 60602-4373
17760175      The Appliance King,    P.O. Box 597411,    Chicago, IL 60659-7411
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17760164      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 06 2012 03:31:00     Discover Financial Services,
               P.O. Box 15316,    Wilmington, DE 19850-5316
18818270      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 06 2012 03:31:00     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
17760167      E-mail/Text: cio.bncmail@irs.gov Sep 06 2012 01:57:53      Internal Revenue Service,
               P.O. Box 9019,    Holtsville, NY 11742
17760172     +E-mail/Text: bankrup@nicor.com Sep 06 2012 02:00:55     NICOR,    P.O. Box 8350,
               Aurora, IL 60507-8577
18476311     +E-mail/Text: bankrup@nicor.com Sep 06 2012 02:00:55     Nicor Gas,    Po box 549,
               Aurora il 60507-0549
                                                                                              TOTAL: 5
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 07, 2012**                  **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: csimmons            Page 2 of 2              Date Rcvd: Sep 05, 2012
                              Form ID: pdf006           Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2012 at the address(es) listed below:
              Alex D Moglia    amoglia@mogliaadvisors.com, IL31@ecfcbis.com
              Andrew J Nelson    on behalf of Creditor   Bank of America, N.A., successor by merger to BAC Home
              Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP anelson@atty-pierce.com,
              northerndistrict@atty-pierce.com
              Bruce  Dopke    on behalf of Debtor Christopher Richards bruce@dopkelaw.com
              Christopher H Purcell    on behalf of Creditor   Ford Motor Credit Company LLC shermlaw13@aol.com
              Michael L Sherman    on behalf of Creditor   Ford Motor Credit Company LLC shermlaw1@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas E Springer    on behalf of Trustee Alex Moglia tspringer@springerbrown.com,
              jkrafcisin@springerbrown.com
              Yanick  Polycarpe    on behalf of Creditor   Bank of America, N.A., successor by merger to BAC Home
              Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP ypolycarpe@atty-pierce.com,
              northerndistrict@atty-pierce.com
                                                                                                                  TOTAL: 8