**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: RICHARDS, CHRISTOPHER J        § Case No. 11-36245
                                      §
                                      §
                                      §
Debtor(s)                             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

ALEX D. MOGLIA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $209,341.52                Assets Exempt: $7,649.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $9,014.27    Claims Discharged
                                              Without Payment: $54,532.65

Total Expenses of Administration: $6,918.25

3) Total gross receipts of $ 20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,067.48 (see **Exhibit 2**), yielded net receipts of $15,932.52 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $5,697.12 | $0.00 | $5,908.21 | $5,908.21 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,918.25 | 6,918.25 | 6,918.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 57,638.71 | 57,638.71 | 3,106.06 |
| **TOTAL DISBURSEMENTS** | $5,697.12 | $65,556.96 | $70,465.17 | $15,932.52 |

4) This case was originally filed under Chapter 7 on September 03, 2011. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/23/2013          By: /s/ALEX D. MOGLIA
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2008 Ford F250 4D Crew Cab Lariat Location: 7219 | 1129-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$20,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Christopher J. Richards | Distribution on debtor's exemption on 2008 Ford F250 truck per court order of 2/23/12 | 8100-002 | 4,067.48 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,067.48** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| A | Ford Motor Company | 4210-000 | 5,697.12 | N/A | 5,908.21 | 5,908.21 |
| **TOTAL SECURED CLAIMS** | | | **$5,697.12** | **$0.00** | **$5,908.21** | **$5,908.21** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALEX D. MOGLIA | 2100-000 | N/A | 2,343.25 | 2,343.25 | 2,343.25 |
| SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 3210-000 | N/A | 5,475.00 | 4,475.00 | 4,475.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,918.25 | $6,918.25 | $6,918.25 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nicor Gas | 7100-000 | N/A | 355.07 | 355.07 | 19.14 |
| 2 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 29,978.66 | 29,978.66 | 1,615.50 |
| 3 | Advantage Assets II, Inc. | 7100-000 | N/A | 6,221.09 | 6,221.09 | 335.24 |
| 4 | Discover Bank | 7100-000 | N/A | 21,083.89 | 21,083.89 | 1,136.18 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $57,638.71 | $57,638.71 | $3,106.06 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-36245  
**Case Name:** RICHARDS, CHRISTOPHER J  

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 09/03/11 (f)  
**§341(a) Meeting Date:** 10/04/11  

**Period Ending:** 01/23/13  

**Claims Bar Date:** 04/27/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  2374 N. Big Oak Road, Palatine, IL 60074 1178 sq<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 205,700.00 | 0.00 | DA | 0.00 | FA |
| 2  CASH ON HAND<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 3  Wauconda Community Bank, 495 West Liberty Street<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 868.20 | 0.00 | DA | 0.00 | FA |
| 4  INTERESTS IN INSURANCE POLICIES<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,102.32 | 0.00 | DA | 0.00 | FA |
| 5  SECURITY DEPOSITS<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 60.00 | 60.00 | DA | 0.00 | FA |
| 6  HOUSEHOLD GOODS AND FURNISHINGS<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 310.00 | 0.00 | DA | 0.00 | FA |
| 7  WEARING APPAREL AND JEWELRY<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 8  Automobile Liability Ins Policy, no cash value<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 9  Disclaimed interest in mother's estate<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 10  2008 Ford F250 4D Crew Cab Lariat Location: 7219<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 22,000.00 | 12,235.40 |  | 20,000.00 | FA |
| 11  MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 750.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-36245  
**Case Name:** RICHARDS, CHRISTOPHER J  

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 09/03/11 (f)  
**§341(a) Meeting Date:** 10/04/11  

**Period Ending:** 01/23/13  

**Claims Bar Date:** 04/27/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | A cat named Octoed-Pussy Location: 7219 W. Myrtl<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1.00 | 0.00 | DA | 0.00 | FA |
| 12 | **Assets    Totals** (Excluding unknown values) | **$231,341.52** | **$12,295.40** | | **$20,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 30, 2012    **Current Projected Date Of Final Report (TFR):**    September 4, 2012  (Actual)

Printed: 01/23/2013 03:42 PM    V.13.11

Case 11-36245    Doc 45    Filed 02/11/13    Entered 02/11/13 14:44:32    Desc Main
Document      Page 7 of 8

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-36245  
**Case Name:** RICHARDS, CHRISTOPHER J  
**Taxpayer ID #:** **-***2531  
**Period Ending:** 01/23/13

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******16-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/12 | | Carmax, Inc | Net proceeds of Ford 250 truck | | 14,091.79 | | 14,091.79 |
| | {10} | | gross proceeds from sell    20,000.00<br>of Ford 250 | 1129-000 | | | 14,091.79 |
| | | Ford Motor Company | Ref # XXXX2146          -5,908.21 | 4210-000 | | | 14,091.79 |
| 04/18/12 | 1001 | Christopher J. Richards | Distribution on debtor's exemption on 2008 Ford F250 truck per court order of 2/23/12 | 8100-002 | | 4,067.48 | 10,024.31 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,999.31 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,974.31 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,949.31 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,924.31 |
| 10/30/12 | 1002 | ALEX D. MOGLIA | Dividend paid 100.00% on $2,343.25, Trustee Compensation;  Reference: | 2100-000 | | 2,343.25 | 7,581.06 |
| 10/30/12 | 1003 | SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | Dividend paid 100.00% on $4,475.00, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 4,475.00 | 3,106.06 |
| 10/30/12 | 1004 | Nicor Gas | BANKRUPTCY CASE11-36245 ,RICHARDS, CHRISTOPHER J DIVIDEND ON ALLOWED CLAIM # 1 of 5.38% | 7100-000 | | 19.14 | 3,086.92 |
| 10/30/12 | 1005 | FIA CARD SERVICES, N.A. | BANKRUPTCY CASE11-36245 ,RICHARDS, CHRISTOPHER J DIVIDEND ON ALLOWED CLAIM # 2 of 5.38% | 7100-000 | | 1,615.50 | 1,471.42 |
| 10/30/12 | 1006 | Advantage Assets II, Inc. | BANKRUPTCY CASE11-36245 ,RICHARDS, CHRISTOPHER J DIVIDEND ON ALLOWED CLAIM # 3 of 5.38% | 7100-000 | | 335.24 | 1,136.18 |
| 10/30/12 | 1007 | Discover Bank | BANKRUPTCY CASE11-36245 ,RICHARDS, CHRISTOPHER J DIVIDEND ON ALLOWED CLAIM # 4 of 5.38% | 7100-000 | | 1,136.18 | 0.00 |

|  | ACCOUNT TOTALS | 14,091.79 | 14,091.79 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 0.00 | 0.00 | |
|  | **Subtotal** | 14,091.79 | 14,091.79 | |
|  | Less: Payments to Debtors | | 4,067.48 | |
|  | **NET Receipts / Disbursements** | **$14,091.79** | **$10,024.31** | |

{} Asset reference(s)

Printed: 01/23/2013 03:42 PM    V.13.11

Case 11-36245   Doc 45   Filed 02/11/13   Entered 02/11/13 14:44:32   Desc Main
Document      Page 8 of 8

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-36245  
**Case Name:** RICHARDS, CHRISTOPHER J  
**Taxpayer ID #:** **-***2531  
**Period Ending:** 01/23/13

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******16-67 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******16-65 | 14,091.79 | 10,024.31 | 0.00 |
| MMA # 9200-******16-67 | 0.00 | 0.00 | 0.00 |
| | $14,091.79 | $10,024.31 | $0.00 |

{} Asset reference(s)     Printed: 01/23/2013 03:42 PM    V.13.11